OPINION — AG — **** SATISFACTION OF COMPULSORY SCHOOL ATTENDANCE REQUIREMENT **** THE REQUIREMENTS OF 70 O.S. 1971 10-105 [70-10-105] MAY BE MET BY THE PROVIDING OF MEANS OF EDUCATION OTHER THAN PUBLIC OR PRIVATE SCHOOL, BUT, IF CHALLENGED, THE ADEQUACY AND SUFFICIENCY OF SUCH EDUCATION IS A QUESTION OF FACT TO BE DETERMINED BY A JURY WITHIN THE CONFINES OF A COURT OF COMPETENT JURISDICTION. CITE: 70 O.S. 1971 10-105 [70-10-105], (LARRY L. FRENCH)